UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: ) BK No.: 13-47349
Raymond S Bobek )
)
) Chapter: 13
) Honorable Donald R. Cassling
)
)
Debtor(s) )

**ORDER DISMISSING CASE FOR FAILURE TO MAKE PLAN PAYMENTS**

Having heard the facts presented, the Court finds the debtor(s) has failed to make the payments required under the terms of the plan.

IT IS THEREFORE ORDERED that this case be dismissed on the Trustee's motion for material default by the debtor(s) with respect to a term of a confirmed plan, pursuant to Section 1307(c)(6).

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: October 31, 2014

**Prepared by:**

Glenn Stearns Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
(630-981-3888)