# CHAPTER 13 TRUSTEE
OFFICE OF GLENN B STEARNS
CHAPTER 13 STANDING TRUSTEE

801 WARRENVILLE ROAD SUITE 650
LISLE IL 60532-4350
PHONE: (630) 981-3888   FAX: (630) 981-3896

December 18, 2014

Clerk of the Bankruptcy Court
ATTN: Intake Desk
219 S. Dearborn St.
Chicago, IL 60604

RE:   Turnover of Unclaimed Chapter 13 Funds
      Date:      12/18/14
      Amount:    $27,486.90
      Check:     #6312146

Dear Sir or Madam:

Enclosed, please find the original Trustee's Report of Deposit of Unclaimed Property, Exhibit A, and check #6312146 for the amount of $27,486.90.

Please stamp the additional copy as "Received" and return in the enclosed SASE, along with the receipt for the check.

If you have any questions or concerns regarding this request, please contact me at (630) 981-3888 ext. 257.

Thank you for your assistance.

Sincerely yours,


Louise Karmia
Accountant
For Glenn Stearns, Trustee

Enclosures

EXHIBIT A:  Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 01) | 14-24943 | Sciascia, Julie | Julie Sciascia<br>1032 School Gate Road<br>New Lenox IL 60451 | $614.95 | Check #6309474 returned unable to forward-unable to locate debtor. |
| 02) | 13-14316 | Chevrette, Daniel W<br>Chevrette, Lori L | Daniel W & Lori L Chevrette<br>PO Box 16063<br>Philadelphia PA 19154 | $646.16 | Check  #6307113 & #6309337 not presented within 60 days. |
| 03) | 13-23988 | Nevarez, Lorenzo | Wells Fargo Home Mortgage<br>1 Home Campus MAC #X-2302-04C<br>Des Moines IA  50328 | $3,273.59 | Check #1577852 returned will not accept funds-unable to locate creditor. |
| 04) | 13-25164 | Price Jr, Jamere W | Jamere W Price Jr<br>1151 Heron Circle<br>Joliet IL 60431 | $0.48 | Check #6309622 not presented within 60 days under $25.00. |
| 05) | 13-46800 | Jacobson, Shirley J | COMED Legal Revenue Recovery<br>3 Lincoln Center 4th Flr<br>Oakbrook Terrace IL 60181-4262 | $5.06 | Check #6309530 not presented within 60 days under $25.00. |
| 06) | 13-47349 | Bobek, Raymond S | OneWest Bank<br>6900 Beatrice Drive<br>PO Box 4045 Attn Bankruptcy Cashier<br>Kalamazoo MI 49009 | $3,330.29 | Check #1576943 returned service release no transfer filed-unable to locate creditor. |
| 07) | 12-08855 | Crowell, Tom K<br>Crowell, Ravonda G | Cumberland Acceptance Co<br>212 Southfork Drive<br>Lebanon IN 37087 | $276.56 | Check #1555829 & #1550137 not presented within 60 days. |
| 08) | 12-12892 | Trice, Dewayne | Midwest Operating Engineers CU<br>% Edelstein & Edelstein<br>3825 W Montrose Ave<br>Chicago IL 60618 | $379.51 | Check #1562027 & #1555960 not presented within 60 days. |
| 09) | 12-17055 | Everett, Jeanetta J | Deal Max<br>1301 280 Bypass<br>Phenix City AL 36870 | $101.53 | Check #1510670 returned bad address-unable to locate credtior. |
| 10) | 12-50899 | Phan, Tristina | Tristina Phan<br>2012 Mission Hill Drive<br>Elgin IL 60123 | $17.99 | Check #6308585 not presented within 60 days under $25.00. |
| 11) | 11-05166 | Backstrom, Tracey | Get Cash USA<br>5205 W Fullerton Ave<br>Chicago IL 60639 | $0.29 | Check #6309554 not presented within 60 days under $25.00. |
| 12) | 11-09112 | Mister Sr, Gary L<br>Mister, Phyllis M | Gary L & Phyllis M Mister Sr<br>368 Fox Bend Circle<br>Bolingbrook IL 60440-3280 | $8.42 | Check #6309479 not presented within 60 days under $25.00. |
| 13) | 11-17680 | Walker, Lisa | Money Market PayDay Express<br>1918 Rand Road<br>Palatine IL 60074 | $339.53 | Check #1531192 returned bad address-unable to locate creditor. |
| 14) | 11-25594 | Johnson, Sheryl D | Jennifer Veremis<br>217 S Pick Ave<br>Elmhurst IL 60126 | $1,304.56 | Check #1525179 returned bad address-unable to locate creditor. |
| 15) | 11-25949 | Smith, Taj B<br>Smith, Catherine | United Credit Recovery LLC<br>PO Box 953245<br>Lake Mary FL 32795 | $15.79 | Check #6308510 not presented within 60 days under $25.00. |

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 16) | 11-26271 | Jones, Latasha M | Latasha M Jones<br>727 Sheridan Ave<br>Aurora IL 60505 | $0.02 | Check #6309425 not presented within 60 days under $25.00. |
| 17) | 11-26369 | Stapleton, Delavonia C | Peoples Gas Light & Coke Co<br>130 E Randolph Drive<br>Chicago IL 60601 | $6.65 | Check #1582221 not presented within 60 days under $25.00. |
| 18) | 11-26479 | Elliott, Louis | Seterus Inc<br>PO Box 4128<br>Beaverton OR 97076-4128 | $2,599.51 | Check #1526116 returned bad address-unable to locate creditor |
| 19) | 11-27388 | Ayala, Liliana M | Life Quest<br>N2930 State Road 22<br>Wautoma WI 54982-5267 | $921.49 | Check #1539695 & #1536797 not presented within 60 days. |
| 20) | 11-28115 | Griffith, David | David Griffith<br>316 Melrose<br>Aurora IL 60505 | $12.96 | Check #6307674 not presented within 60 days under $25.00. |
| 21) | 11-32305 | Martin, Veronica M | Advance America<br>135 N Church Street<br>Spartanburg SC 29306 | $36.39 | Check #1580636 & #6309283 not presented within 60 days. |
| 22) | 11-34183 | Ekegren, Michael J<br>Ekegren, Patricia L | SN Servicing Corporation<br>Dept 1710<br>Denver CO 80291-1710 | $11,315.48 | Check #1517415 returned service release no transfer filed-unable to locate creditor. |
| 23) | 11-34195 | Martin, Josephine J | Peoples Gas Light & Coke Co<br>130 E Randolph Drive<br>Chicago IL 60601 | $15.71 | Check #1582221 not presented within 60 days under $25.00. |
| 24) | 11-34195 | Martin, Josephine J | Josephine J Martin<br>833 Richard Ave<br>Park City IL 60085 | $0.24 | Check #6309282 not presented within 60 days under $25.00. |
| 25) | 11-38222 | Winfree, Joan M | Joan M Winfree<br>1 N 279 Lafox Road #413<br>Lafox IL 60147 | $90.00 | Check #6307710 & #6308287 not presented within 60 days. |
| 26) | 10-02187 | Johnson, Linda R | Linda R Johnson<br>727 Echo Ave<br>Romeoville IL 60446 | $0.34 | Check #6308001 not presented within 60 days under $25.00. |
| 27) | 10-05399 | Sheehy-Grigg, Debra Jean | Debra Jean Sheehy-Grigg<br>13765 Wilshire Way<br>Huntley IL 60142 | $3.11 | Check #6309470 not presented within 60 days under $25.00. |
| 28) | 10-10728 | Tyszler, Wieslawa | Wieslawa Tyszler<br>413 W Oakwood Drive<br>Barrington IL 60010 | $2.48 | Check #6308013 not presented within 60 days under $25.00. |
| 29) | 10-17288 | Bartosch, Barbara A | Barbara A Bartosch<br>1094 Florimond Drive<br>Elgin IL 60123 | $9.43 | Check #6308303 not presented within 60 days under $25.00. |
| 30) | 10-23751 | Adetunji, Ekundayo | Ekundayo Adetunji<br>34324 N Barberry Road<br>Round Lake IL 60073 | $0.46 | Check #6307698 not presented within 60 days under $25.00. |
| 31) | 10-31499 | Ricci, John H<br>Ricci, Julie L | Household Finance Corp III<br>636 Grand Regency Blvd<br>Brandon FL 33510 | $1,225.67 | Check #6309913 & #1584196 returned service release to GreenTree no transfer filed-unable to locate creditor,. |

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 32) | 10-31664 | Myler, Kenneth R<br>Myler, Joyce E | Illinois Valley Cellular<br>200 Riverfront Drive<br>Marseilles IL 61341 | $22.30 | Check #1579112 not presented within 60 days under $25.00. |
| 33) | 10-40787 | Tanbour, Susan | Susan Tanbour<br>20746 Elizabeth Lane<br>Frankfort IL 60423 | $0.23 | Check #6309451 not presented within 60 days under $25.00. |
| 34) | 10-43512 | Sawa, John A<br>Sawa, Judy F | Beneficial Illinois Inc DBA Beneficial Mort Co<br>636 Grand Regency Blvd<br>Brandon FL 33510 | $10.16 | Check #1586120 returned service release to GreenTree no transfer filed-unable to locate creditor. |
| 35) | 10-46034 | Sampson, Sean M | First Cash Advance<br>PO Box 910<br>Euless TX 76039 | $106.84 | Check #6309719 returned bad address-unable to locate creditor. |
| 36) | 10-47278 | Sherbaty, Robert R<br>Sherbaty, Elizabeth M | Robert R & Elizabeth M Sherbaty<br>1404 Ryehill Drive<br>Plainfield IL 60586 | $0.73 | Check #6309123 not presented within 60 days under $25.00. |
| 37) | 09-00026 | Garland, Chris A<br>Garland, Laraesa Y | Chris A & Laraesa Y Garland<br>925 Buck Ave<br>Waukegan IL 60087 | $1.22 | Check #6308160 not presented within 60 days under $25.00. |
| 38) | 09-16222 | Owens, Retece | CBCS<br>PO Box 69<br>Columbus OH 43216 | $50.88 | Check #1575523 returned-unable to locate creditor. |
| 39) | 09-24518 | Wilson, Anthony L<br>Wilson, Jonita C | Anthony L & Jonita C Wilson<br>13064 Yorkshire Lane<br>Beach Park IL 60083-3020 | $1.00 | Check #6309423 not presented within 60 days under $25.00. |
| 40) | 09-26332 | Syed, Aejaz Amin<br>Syed, Hina N | Aejaz Amin & Hina N Syed<br>1164 Vista Drive<br>Gurnee IL 60031 | $0.01 | Check #6307469 not presented within 60 days under $25.00. |
| 41) | 09-26515 | Bedrosian, Charles<br>Bedrosian, Mary Ann | Charles & Mary Ann Bedrosian<br>2206 Keel's Court<br>Elgin IL 60123 | $2.00 | Check #6308088 not presented within 60 days under $25.00. |
| 42) | 09-28097 | Vega, Nellie B | Nellie B Vega<br>236 Nicole Drive Apt F<br>South Elgin IL 60177 | $1.00 | Check #6309113 not presented within 60 days under $25.00. |
| 43) | 09-28551 | Goode, Jodey H<br>Goode, Dorothy M | Peoples Gas Light & Coke Co<br>130 E Randolph Drive<br>Chcago IL 60601 | $18.41 | Check #61582221 not presented within 60 days under $25.00. |
| 44) | 09-31401 | Solarz, Chad D<br>Solarz, Becky | HSBC Servicer for Springcastle America<br>636 Grand Regency Blvd<br>Brandon FL 33509 | $155.87 | Check #1581619 returned service release no fransfer filed-unable to locate creditor. |
| 45) | 09-39542 | Prokopluk, Waldemar<br>Prokopluk, Kathrzyna | Nissan Motor Acceptance Corp<br>PO Box 660366<br>Dallas TX 75266-0366 | $6.99 | Check #6310913 not presented within 60 days under $25.00. |
| 46) | 09-39895 | Irizarry, Juan<br>Irizarry, Azela | Aargon Agency Inc<br>3025 W Sahara Ave<br>Las Vegas NV 89102 | $51.49 | Check #1572445 returned bad address-unable to locate creditor. |
| 47) | 09-40077 | Gestakowski, Micharl F | Social Security Administration | $475.27 | Check #1571855 & #1577360 not presented within 60 days. |

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases

Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| | | Gestakowski, Janet R | PO Box 3430<br>Philadephia PA 19122 | | |
| 48) | 09-41424 | Sibley Jr, Dennis H<br>Sibley, Therese M | Dennis H & Therese M Sibley Jr<br>2205 S State<br>Lockport IL 60441 | $1.54 | Check #6309977 not presented within 60 days under $25.00. |
| 49) | 09-43707 | Herlt Jr, Michael | Cash To Go<br>1713 N Rand Road #100<br>Palatine IL 60074 | $26.31 | Check #1572859 returned bad address-unable to locate creditor. |
| | | | | $27,486.90 | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**Trustee's Report of Deposit of Unclaimed Property**

      Now comes Glenn B. Stearns, Chapter 13 Standing Trustee, pursuant to 11 U.S.C. §347 and Rule 3001 of the Federal Rules of Bankruptcy Procedure, and provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. The Standing Trustee has been duly appointed, qualified and continues to serve in the cases listed on the attached Exhibit A.

2. In the furtherance of his duties, the Standing Trustee has mailed checks payable on funds received as payments under a Chapter 13 plan to the parties referenced on Exhibit A.

3. Reasonable attempts have been made to locate those parties referenced on Exhibit A without success.

4. By reason of the foregoing, the Standing Trustee has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court, check number #6312146 pursuant to §347 of the Bankruptcy Code.

      Respectfully Submitted;

_____
Glenn Stearns, Chapter 13 Trustee

12/19/14