LIMITED POWER OF ATTORNEY
LIMITED TO ONE TRANSACTION ONLY

CIT Group Inc. appoints The Locator Services Group Ltd., acting through its General Counsel and staff, as its lawful attorney in fact for the sole purpose of recovering or obtaining a credit of unclaimed funds or an outstanding obligation held on behalf of One West Bank in the amount of $3,330.29 and held by the United States Bankruptcy Court, Northern District of Illinois in the matter of RAYMOND S BOBEK with case number 13-47349.

CIT Group Inc. grants its attorney in fact the authority to do all things reasonably necessary to recover or obtain credit of the unclaimed funds or outstanding obligation due to One West Bank. Such acts shall include, but are not limited to: engaging in verbal or written communication with the holder of the funds or obligation; executing and filing all documents necessary to facilitate the payment or credit of the unclaimed funds or obligation; receiving written correspondence and all other documentation relevant to the payment or credit of the unclaimed funds or outstanding obligation; and receiving possession of the payment of these funds on behalf of CIT Group Inc.

The Locator Services Group Ltd., as attorney in fact, may not make any expenditure or incur any costs on behalf of One West Bank or CIT Group Inc.

Signed this 7th day of March, 2016.

CIT Group Inc.
By: _____
Barrie Saltzman
Vice President - Escheatment Officer, Corporate Tax

Tax ID No. ____65-1051192____
(Required for identification purposes)

---

State of New Jersey

County of Essex

On March 7, 2016 before me, Nancy A Onjack, Notary Public, personally appeared Barrie Saltzman who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of New Jersey that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Signature: Nancy A Onjack
My Commission Expires: 1-27-2021

NOTARY SEAL

AO 213
(Rev. 06/12)

**Definitions:**

"Taxpayer Identification *(TIN, SS, or EIN number)*" is the number required by the Internal Revenue Service (IRS) to be used in reporting income tax and other returns. The TIN may be either a social security number (SSN) or an employer identification number (EIN).

"U.S. person" means:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States.

The TIN, as well as the information above is required in order to comply with debt collection requirements of 31 U.S.C. §§ 7701(c) and 3325(d), reporting requirements of 26 U.S.C. §§ 6041 and 6041A, and implementing regulations issued by the IRS. Failure or refusal to furnish this information may result in 28 percent backup withholding on any payments otherwise due under any awarded contract or purchase order.

The TIN may be used by the government to collect and report on any delinquent amounts arising out of the vendor's relationship with the government (31 U.S.C. § 7701(c)(3)). The TIN provided may be matched with IRS records to verify its accuracy.

Complete this section only if a TIN was not provided on page one, and select closest reason why not:

- ☐ The vendor is a nonresident alien, foreign corporation or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;
- ☐ The vendor is an agency or instrumentality of a foreign government;

**Additional information required for vendors used for procurement (purchase orders, contracts, etc.)**

Indicate which, if any, of the following categories are applicable. These categories require that the vendor is 51% owned and the management and daily operations are controlled by one or more members of the selected socio-economic group:

- ☐ Women Owned Business                    ☑ Not Applicable
- ☐ Minority Owned Business *(If yes, select one of the owner's race/ethnicity selections from below)*:
    - ☐ Asian-Pacific American    ☐ Black American    ☐ Subcontinent Asian (Asian-Indian)American
    - ☐ Hispanic American    ☐ Native American    ☐ Other:

Date: 1/25/16

*Vendor's signature*

---

**For Agency Use Only**

The vendor name and DUNS number is all that is required for registered System for Award Management (SAM) vendors (formerly CCR). (Check www.sam.gov for registration status.) Do not use this form for purchase card merchants.

Mark Boxes that apply:  ☐ Addition    ☐ Change    ☐ Vendor Code: _____ *(make entry only if change)*
                        ☐ Active      ☐ Inactive  ☐ Vendor Type: _____

| The following information is optional for individuals whose name and telephone are already on the form: |
|---|
| Contact Name: |
| Telephone Number:                            Email: |

| Identification of person making this request: |
|---|
| Name: |
| Telephone Number:                     Originating Office: |

Please type or print clearly.  For "AO" FAS4T Users only, e-mail the completed form to: AOdb_OFB_Client Service Desk/DCA/AO/USCOURTS. For questions regarding AOFAS4T the Client Service Desk can be contacted at (202) 502-2242.
For "Court" FAS4T Users, send this form to the local Vendor Administrator. For questions regarding Court FAS4T please contact SDSD at (210) 301-6320.

This form should be completed with signature by the vendor and submitted by Judiciary staff only.
Sensitive information must be securely maintained and only visible to the appropriately designated financial employee.

**Form W-9**
(Rev. August 2013)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer Identification Number and Certification**

Give Form to the requester. Do not send to the IRS.

Name (as shown on your income tax return)
**CIT Group Inc.**

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
- [ ] Individual/sole proprietor
- [x] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/estate
- [ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶
- [ ] Other (see instructions) ▶

Exemptions (see instructions):
Exempt payee code (if any) **05**
Exemption from FATCA reporting code (if any)

Address (number, street, and apt. or suite no.)
**1 CIT Drive**

City, state, and ZIP code
**Livingston, New Jersey 07039**

Requester's name and address (optional)

List account number(s) here (optional)

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

Note. If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

Employer identification number
**65-1051192**

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below), and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification instructions. You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

Sign Here  Signature of U.S. person ▶ *Kathleen Hannaley*   Date ▶ 10/9/14

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:
- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X                    Form **W-9** (Rev. 8-2013)

# CHAPTER 13 TRUSTEE
## OFFICE OF GLENN B STEARNS
## CHAPTER 13 STANDING TRUSTEE

801 WARRENVILLE ROAD SUITE 650
LISLE IL 60532-4350
PHONE: (630) 981-3888   FAX: (630) 981-3896

December 18, 2014

Clerk of the Bankruptcy Court
ATTN: Intake Desk
219 S. Dearborn St.
Chicago, IL 60604

RE:  Turnover of Unclaimed Chapter 13 Funds
     Date:    12/18/14
     Amount:  $27,486.90
     Check:   #6312146

Dear Sir or Madam:

Enclosed, please find the original Trustee's Report of Deposit of Unclaimed Property, Exhibit A, and check #6312146 for the amount of $27,486.90.

Please stamp the additional copy as "Received" and return in the enclosed SASE, along with the receipt for the check.

If you have any questions or concerns regarding this request, please contact me at (630) 981-3888 ext. 257.

Thank you for your assistance.

Sincerely yours,


Louise Karmia
Accountant
For Glenn Stearns, Trustee

Enclosures

Case 13-47349    Doc 52    Filed 12/19/14    Entered 12/19/14 12:19:45    Desc Main
Document    Page 2 of 6

EXHIBIT A: Unclaimed Creditor/Debtor Refunds on Closed Cases
Office of Glenn Stearns, Chapter 13 Standing Trustee

| Count | Case No. | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 01) | 14-24943 | Sciascia, Julie | Julie Sciascia<br>1032 School Gate Road<br>New Lenox IL 60451 | $614.95 | Check #6309474 returned unable to forward-unable to locate debtor. |
| 02) | 13-14316 | Chevrette, Daniel W<br>Chevrette, Lori L | Daniel W & Lori L Chevrette<br>PO Box 16063<br>Philadelphia PA 19154 | $646.16 | Check #6307113 & #6309337 not presented within 60 days. |
| 03) | 13-23988 | Nevarez, Lorenzo | Wells Fargo Home Mortgage<br>1 Home Campus MAC #X-2302-04C<br>Des Moines IA 50328 | $3,273.59 | Check #1577852 returned will not accept funds-unable to locate creditor. |
| 04) | 13-25164 | Price Jr, Jamere W | Jamere W Price Jr<br>1151 Heron Circle<br>Joliet IL 60431 | $0.48 | Check #6309622 not presented within 60 days under $25.00. |
| 05) | 13-46800 | Jacobson, Shirley J | COMED Legal Revenue Recovery<br>3 Lincoln Center 4th Flr<br>Oakbrook Terrace IL 60181-4262 | $5.06 | Check #6309530 not presented within 60 days under $25.00. |
| 06) | 13-47349 | Bobek, Raymond S | OneWest Bank<br>6900 Beatrice Drive<br>PO Box 4045 Attn Bankruptcy Cashier<br>Kalamazoo MI 49009 | $3,330.29 | Check #1576943 returned service release no transfer filed-unable to locate creditor. |
| 07) | 12-08855 | Crowell, Tom K<br>Crowell, Ravonda G | Cumberland Acceptance Co<br>212 Southfork Drive<br>Lebanon IN 37087 | $276.56 | Check #1555829 & #1550137 not presented within 60 days. |
| 08) | 12-12892 | Trice, Dewayne | Midwest Operating Engineers CU<br>% Edelstein & Edelstein<br>3825 W Montrose Ave<br>Chicago IL 60618 | $379.51 | Check #1562027 & #1555960 not presented within 60 days. |
| 09) | 12-17055 | Everett, Jeanetta J | Deal Max<br>1301 280 Bypass<br>Phenix City AL 36870 | $101.53 | Check #1510670 returned bad address-unable to locate creditor. |
| 10) | 12-50899 | Phan, Tristina | Tristina Phan<br>2012 Mission Hill Drive<br>Elgin IL 60123 | $17.99 | Check #6308585 not presented within 60 days under $25.00. |
| 11) | 11-05166 | Backstrom, Tracey | Get Cash USA<br>5205 W Fullerton Ave<br>Chicago IL 60639 | $0.29 | Check #6309554 not presented within 60 days under $25.00. |
| 12) | 11-09112 | Mister Sr, Gary L<br>Mister, Phyllis M | Gary L & Phyllis M Mister Sr<br>368 Fox Bend Circle<br>Bolingbrook IL 60440-3280 | $8.42 | Check #6309479 not presented within 60 days under $25.00. |
| 13) | 11-17680 | Walker, Lisa | Money Market PayDay Express<br>1918 Rand Road<br>Palatine IL 60074 | $339.53 | Check #1531192 returned bad address-unable to locate creditor. |
| 14) | 11-25594 | Johnson, Sheryl D | Jennifer Veremis<br>217 S Pick Ave<br>Elmhurst IL 60126 | $1,304.56 | Check #1525179 returned bad address-unable to locate creditor. |
| 15) | 11-25949 | Smith, Taj B<br>Smith, Catherine | United Credit Recovery LLC<br>PO Box 953245<br>Lake Mary FL 32795 | $15.79 | Check #6308510 not presented within 60 days under $25.00. |

12/19/2014

## OFFICER'S CERTIFICATE OF AUTHORITY

I, Kenneth Boyle, Senior Vice President – Global Tax of CIT Group Inc., certify that Barrie Saltzman is the Vice President - Escheatment Officer, Corporate Tax for CIT Group Inc. and, as such, is authorized to execute and deliver all documents pertaining to the recovery of abandoned or unclaimed property, and to transfer, endorse, liquidate and receive unclaimed securities and related dividends owned by CIT Group Inc., its subsidiaries, affiliates, acquisitions, and predecessor companies. Such properties or securities may be held in CIT Group Inc.'s own name or in the names of its subsidiaries, affiliates, acquisitions, predecessor companies, brand names, F/K/As and A/K/As.

CIT Group Inc.'s subsidiaries, affiliates, acquisitions, predecessor companies, brand names, F/K/As, and A/K/As, include but are not limited to, those listed on the Exhibit A attached hereto.

I affirm that the foregoing is true, under the penalties of perjury this 19th day of November, 2015.

Kenneth Boyle
Senior Vice President – Global Tax
CIT Group Inc.
One CIT Drive
Livingston, NJ 07039

Barrie Saltzman
Vice President – Escheatment Officer,
Corporate Tax
CIT Group Inc.
One CIT Drive, Mail Stop 2108-A
Livingston, NJ 07039-5703

State of NJ, County of Essex

Before me, Kenneth Boyle, Senior Vice President – Global Tax, personally appeared, and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of New Jersey that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary's Signature    LAURIE A. NICKERSON-BABB    2/11/2016
NOTARY PUBLIC OF NEW JERSEY    Commission Expires
My Commission Expires 2/11/2016

State of New Jersey, County of Essex

Before me, Barrie Saltzman, Vice President - Escheatment Officer, Corporate Tax, personally appeared and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument, the person or entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of New Jersey that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary's Signature    2/11/2016
Commission expires

LAURIE A. NICKERSON-BABB
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 2/11/2016

CIT
One CIT Drive
Livingston, NJ 07039
t: 973.422.5152  f: 973.740.5550
Barrie.Saltzman@cit.com
cit.com

CIT

Barrie Saltzman
VP, Escheatment Officer





Kenneth C. Boyle
Senior Vice President
Tax Director

10-K 1 e62786_10k.htm FORM 10-K

Table of Contents

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

[X] Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934
For the fiscal year ended December 31, 2014

or

[ ] Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Commission File Number: 001-31369

## CIT GROUP INC.

*(Exact name of registrant as specified in its charter)*

Delaware
(State or other jurisdiction of incorporation or organization)

65-1051192
(IRS Employer Identification No.)

11 West 42nd Street, New York, New York
(Address of Registrant's principal executive offices)

10036
(Zip Code)

(212) 461-5200
Registrant's telephone number including area code:

Securities registered pursuant to Section 12(b) of the Act:

Title of each class
Common Stock, par value $0.01 per share

Name of each exchange on which registered
New York Stock Exchange

Securities registered pursuant to Section 12(g) of the Act:
None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.
Yes [X] No [ ]

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.
Yes [ ] No [X]

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes [X] No [ ]

Indicate by check mark whether the registrant has submitted electronically and posted on its Corporate Web site, if any, every interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes [X] No [ ]

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (229.405 of this Chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. [ ]

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer", "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (check one)
Large accelerated filer [X] Accelerated filer [ ]
Non-accelerated filer [ ] Smaller reporting company [ ]

At February 6, 2015, there were 175,995,263 shares of CIT's common stock, par value $0.01 per share, outstanding.

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).
Yes [ ] No [X]

The aggregate market value of voting common stock held by non-affiliates of the registrant, based on the New York Stock Exchange Composite Transaction closing price of Common Stock ($45.76 per share, 184,891,451 shares of common stock outstanding), which occurred on June 30, 2014, was $8,460,632,798. For purposes of this computation, all officers and directors of the registrant are deemed to be affiliates. Such determination shall not be deemed an admission that such officers and directors are, in fact, affiliates of the registrant.

Indicate by check mark whether the registrant has filed all documents and reports required to be filed by Section 12, 13 or 15(d) of the Securities Exchange Act of 1934 subsequent to the distribution of securities under a plan confirmed by a court.
Yes [X] No [ ]

DOCUMENTS INCORPORATED BY REFERENCE

| CIT GROUP INC<br>Subsidiaries as of December 31, 2014 | Domestic Jurisdiction | Country | Ownership Percent * economic interest |
|---|---|---|---|
| CIT Bank | Utah | United States | 100% |
| The Equipment Insurance Company | Vermont | United States | 100% |
| CIT Aviation Finance I (UK) Limited | England | United Kingdom | 100% |
| CIT Aviation Finance II (UK) Limited | England | United Kingdom | 100% |
| CIT Bank Limited | England | United Kingdom | 100% |
| CIT Capital Aviation (UK) Limited | England | United Kingdom | 100% |
| CIT Capital Finance (UK) Limited | England | United Kingdom | 100% |
| CIT Equipment Finance (UK) Limited | England | United Kingdom | 100% |
| CIT Group (NFL) Limited | England | United Kingdom | 100% |
| CIT Group (UK) Limited | England | United Kingdom | 100% |
| CIT Group Holdings (UK) Limited | England | United Kingdom | 100% |
| CIT Vendor Finance (UK) Limited | England | United Kingdom | 100% |
| NACCO (U.K.) Limited | England | United Kingdom | 100% |
| CIT Vendor Finance I Limited | Isle of Jersey | United Kingdom | 100% |
| CIT Group (Switzerland) AG | Switzerland | Switzerland | 100% |
| CIT Aerospace Sweden AB | Sweden | Sweden | 100% |
| CIT Group (Nordic) AB | Sweden | Sweden | 100% |
| Newcourt Financial Espana S.A | Spain | Spain | 100% |
| CIT Aerospace Asia Pte Ltd. | Singapore | Singapore | 100% |
| CIT Group (Singapore) Pte Ltd | Singapore | Singapore | 100% |
| CIT Group (Portugal) - Renting, Lda. | Portugal | Portugal | 100% |
| Newcourt Financial Polska Sp. z o.o. w likwidacji | Poland | Poland | 100% |
| CIT Funding (Nederland) B.V. | Netherlands | Netherlands | 100% |
| CIT Group (Nederland) B.V. | Netherlands | Netherlands | 100% |
| CIT Group Holdings B.V. | Netherlands | Netherlands | 100% |
| CIT Holdings B.V. | Netherlands | Netherlands | 100% |
| CIT Transportation Holdings B.V. | Netherlands | Netherlands | 100% |
| CIT TRS Funding B.V. | Netherlands | Netherlands | 100% |
| CIT TRS Holdings B.V. | Netherlands | Netherlands | 100% |
| CIT TRS Subsidiary B.V. | Netherlands | Netherlands | 100% |
| Emerald Funding (Netherlands) C.V. | Netherlands | Netherlands | 100% |
| Emerald Funding (No. 3) C.V. | Netherlands | Netherlands | 100% |
| Emerald Holdings C.V. | Netherlands | Netherlands | 100% |
| Arrendadora Capita Corporation, S.A. de C.V. | Mexico | Mexico | 100% |
| Capita Servicios, S. DE R.L. DE C.V. | Mexico | Mexico | 100% |
| The Capita Corporation de Mexico, S.A. De C.V. SOFOM, E.N.R. | Mexico | Mexico | 100% |
| MEX CIT SERVICIOS, S. de R.L. de C.V. | Mexico, D.F. | Mexico | 100% |

# Federal Reserve BULLETIN

January 2016
Vol. 102, No. 1

Board of Governors of the Federal Reserve System          www.federalreserve.gov

# Legal Developments: Third Quarter, 2015

## Orders Issued Under Bank Holding Company Act

### Orders Issued Under Section 3 of the Bank Holding Company Act

CIT Group, Inc.
Livingston, New Jersey

*Order Approving the Acquisition of a Bank Holding Company*
*FRB Order No. 2015-20 (July 19, 2015)*

CIT Group, Inc. ("CIT Group"), Livingston, New Jersey, a financial holding company within the meaning of the Bank Holding Company Act of 1956 ("BHC Act"),[1] and its subsidiary, Carbon Merger Sub LLC, New York, New York, have requested the Board's approval under section 3 of the BHC Act[2] to acquire IMB Holdco LLC ("IMB Holdco") and thereby indirectly acquire OneWest Bank, National Association ("OneWest Bank"), both of Pasadena, California. Immediately following the proposed acquisition, CIT Group's subsidiary bank, CIT Bank, Salt Lake City, Utah, would be merged into OneWest Bank, with OneWest Bank being the surviving entity.[3]

CIT Group, with consolidated assets of approximately $47.9 billion, is the 42nd largest insured depository organization in the United States, controlling approximately $15.9 billion in deposits, which represent less than 1 percent of the total amount of deposits of insured depository institutions in the United States.[4] CIT Group controls CIT Bank, which operates a single, nonretail banking office in Salt Lake City, Utah, soliciting nationwide deposits through an Internet-based deposit-taking platform. CIT Bank is the 10th largest insured depository institution in Utah, with approximately 3.1 percent of the total deposits in insured depository institutions in that state.

IMB Holdco, with total consolidated assets of $21.8 billion, is the 70th largest insured depository organization in the United States, controlling approximately $14.1 billion in deposits, which represent less than 1 percent of the total amount of deposits of insured depository institutions in the United States. IMB Holdco controls OneWest Bank, which operates solely in California. OneWest Bank is the 13th largest insured depository institution in California, with approximately 1.4 percent of the total deposits in insured depository institutions in that state.

---

[1] 12 U.S.C. § 1841 *et seq.*
[2] 12 U.S.C. § 1842.
[3] The merger of CIT Bank into OneWest Bank is subject to the approval of the Office of the Comptroller of the Currency ("OCC") pursuant to section 18(c) of the Federal Deposit Insurance Act, 12 U.S.C. § 1828(c). Upon consummation of the bank merger, CIT Group intends to change the name of the combined bank to CIT Bank, National Association.
[4] Asset and nationwide deposit-ranking data are as of December 31, 2014, unless otherwise noted. State deposit data are as of June 30, 2014, unless otherwise noted. In this context, insured depository institutions include commercial banks, savings banks, and savings and loan associations.



Office of the Comptroller of the Currency

Washington, DC 20219

July 21, 2015

Joseph M. Otting
President and CEO
OneWest Bank, National Association
888 East Walnut Street
Pasadena, California 91101

Re: Application to Merge CIT Bank, Salt Lake City, UT with and into OneWest Bank, N.A.,
 Pasadena, CA and Request for Waiver of Residency Requirement
 OCC Control Numbers: 2014-WE-Combination-139872
 2015-WE-DirectorWaiver-141909

Dear Mr. Otting:

The Office of the Comptroller of the Currency (OCC) hereby conditionally approves the application to merge CIT Bank (CITB) with and into OneWest Bank, N.A. (OWB), under the charter of the latter (the Application). The OCC also approves the request for a waiver of the residency requirement of 12 USC 72 so that up to 75 percent of the resulting bank's board of directors will not be required to satisfy the residency requirement. These approvals are granted based on a thorough review of the Application, other materials OWB and its representatives supplied, and additional information available to the OCC, including commitments and representations made in the Application and by OWB's representatives during the application process.

I. **Background and the Transaction**

OWB is a national bank with its main office in Pasadena, California, and 69 branches throughout Southern California. OWB is wholly owned by IMB Holdco LLC, Pasadena, California (IMB). OWB was formerly OneWest Bank, FSB, which was established as a federal savings bank in March 2009 when it acquired certain assets and liabilities of IndyMac Federal Bank, FSB and its predecessor entities (collectively, IndyMac) from the Federal Deposit Insurance Corporation (FDIC) after IndyMac was placed into receivership with the FDIC. OneWest Bank, FSB also acquired two other failed institutions from the FDIC, one in 2009 and the second in 2010. In February 2014, the OCC approved the conversion of OneWest Bank, FSB to a national bank.

CITB currently operates from its main office in Salt Lake City, Utah, and has no branches. CITB is wholly owned by CIT Group Inc., Livingston, New Jersey (CITG). In late 2008, CITB converted from an industrial loan company to a state bank, at which time CITG became a bank



# National Information Center
A repository of financial data and institution characteristics collected by the Federal Reserve System

FFIEC home | Federal Reserve Board home
Accessibility | Disclaimer | Privacy Policy

| NIC Home | Institution Search | USBA Search | HCs > $10B |
| BHCPR Peer Reports | Other Reports | FAQ | |

Organization Hierarchy | Institution History | Institutions Acquired | Branch Locator

You asked for:
**ONEWEST BANK, NATIONAL ASSOCIATION**

This institution has been renamed (see Institution History). The current information is:
**CIT BANK, NATIONAL ASSOCIATION**
888 EAST WALNUT STREET
PASADENA, CA, UNITED STATES 91101

Institution Type: National Bank
Primary Federal Regulator: OCC
RSSD ID: 3918898
Routing Transit Number (RTN): 322270288
Activity: COMMERCIAL BANKING

Insurance: FDIC/DEPOSIT INSURANCE FUND
FDIC Certificate #: 58978

**Financial Data**

For additional financial data, please visit the FFIEC's PDD site

NIC Home | FAQ | Help | Contact Us



**Institution History for** CIT BANK, NATIONAL ASSOCIATION (3918898)

3 institution history record(s) found.                                        < Previous  Page  1  Next >

| Event Date | Historical Event |
|---|---|
| 2009-03-19 | ONEWEST BANK, FSB located at 888 EAST WALNUT STREET, PASADENA, CA was established as a Federal Savings Bank. |
| 2014-02-28 | ONEWEST BANK, FSB was **renamed** to ONEWEST BANK, NATIONAL ASSOCIATION and **changed** from Federal Savings Bank to National Bank. |
| 2015-08-03 | ONEWEST BANK, NATIONAL ASSOCIATION was **renamed** to CIT BANK, NATIONAL ASSOCIATION. |

Page 1 of 1

NIC Home | FAQ | Help | Contact Us