# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In Re:

Raymond S Bobek                )   Bankruptcy Case No. 13-47349

Debtor

## CORRECTED ORDER GRANTING MOTION TO WITHDRAW UNCLAIMED FUNDS

**IT IS HEREBY ORDERED** that the Clerk of the United States Bankruptcy Court is directed to pay $ 3330.29 to CIT Group Inc. claimant in the above captioned case.

Last Four Digits of Claimant Social Security number or EIN xx-xxx1192  .

Bruce W. Black
United States Bankruptcy Judge

Dated: 7/7/16

Payment to be mailed to:

CIT Group Inc.
One CIT Drive, Mail Stop 2108-A
Livingston, NJ 07039-5703

Rev. 09-13-12lh